NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NICE SYSTEMS LTD., NICE SYSTEMS INC.,**
*Plaintiffs-Appellants*

**v.**

**CLICKFOX INC.,**
*Defendant-Appellee*

---

2017-1041

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00743-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

GREGORY H. LANTIER, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by CLAIRE HYUNGYO CHUNG; S. CALVIN WALDEN, New York, NY; DAVID A. LOEWENSTEIN, CLYDE SHUMAN, GUY YONAY, Pearl Cohen Zedek Latzer LLP, New York, NY.

DOUGLAS SALYERS, Troutman Sanders LLP, Atlanta, GA, argued for defendant-appellee. Also represented by

PUJA PATEL LEA, DUSTIN B. WEEKS; ANUP M. SHAH, Charlotte, NC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 11, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |